**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| CASSANDRA HOUSE, | |
| Plaintiff, | Case No.: 2:24-cv-12582-SKD-EAS |
| – against– | Honorable Susan K. DeClercq<br>United States District Judge |
| SYNCHRONY BANK and EQUIFAX<br>INFORMATION SERVICES, LLC, | **STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>AS TO DEFENDANT<br>SYNCHRONY BANK ONLY** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cassandra House ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), through the undersigned counsel, that Plaintiff's claims against Synchrony *only* are dismissed with prejudice in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees. Plaintiff has included a Proposed Order and Order of Dismissal for the Court's consideration.

Thank you for your time and attention to this matter.


**[ATTORNEY SIGNATURES ON FOLLOWING PAGE]**

Respectfully submitted,

Dated: October 30, 2024

*/s/ Jennifer Paillon*
Jennifer Paillon (P80284)
Law Offices of Robert S. Gitmeid & Associates, PLLC
Counsel for Plaintiff Cassandra House
30790 Valley Drive, Farmington Hills, MI 48334
(734) 904-9522
jennifer.p@gitmeidlaw.com

Dated: October 30, 2024

*/s/ Alan J. Taylor (with permission)*
Alan J. Taylor
Segal McCambridge Singer & Mahoney
Counsel for Defendant Synchrony Bank
29100 Northwestern Highway, Suite 240
Southfield, MI 48034
248-994-0060
ataylor@smsm.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| CASSANDRA HOUSE, | |
| Plaintiff, | Case No.: 2:24-cv-12582-SKD-EAS |
| – against– | **ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SYNCHRONY BANK** |
| SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

On this day came to be considered the Stipulation of Voluntary Dismissal with Prejudice as to Defendant Synchrony Bank Only filed by Plaintiff Cassandra House ("Plaintiff") in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court, having read and considered the Stipulation, hereby finds that it should in all things be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendant Synchrony Bank are dismissed with prejudice, with each party to bear its own costs and fees.

SIGNED this 15th Day of November, 2024.


s/ Susan K. DeClercq
Honorable Susan K. DeClercq
United States District Judge

Presented by:

/s/ Jennifer Paillon
Jennifer Paillon, Esq.
*Counsel for Plaintiff Cassandra House*