**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION**

| | |
|---|---|
| CASSANDRA HOUSE,<br><br>　　　　　　　Plaintiff,<br><br>– against–<br><br><br>SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　Defendants. | Case No.: 2:24-cv-12582-SKD-EAS<br><br>Honorable Susan K. DeClercq<br>United States District Judge<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cassandra House ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), through the undersigned counsel, that Plaintiff's claims against Equifax are dismissed with prejudice in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees. Plaintiff has included a Proposed Order and Order of Dismissal for the Court's consideration.

　　　Thank you for your time and attention to this matter.


**[ATTORNEY SIGNATURES ON FOLLOWING PAGE]**

             Respectfully submitted,

Dated: November 21, 2024    <u>*/s/ Jennifer Paillon*</u>
             Jennifer Paillon (P80284)
             Law Offices of Robert S. Gitmeid & Associates, PLLC
             Counsel for Plaintiff Cassandra House
             30790 Valley Drive, Farmington Hills, MI 48334
             (734) 904-9522
             jennifer.p@gitmeidlaw.com


Dated: November 21, 2024    <u>*/s/ Jordan Bolton (with permission)*</u>
             Jordan S. Bolton
             Taft Stettinius & Hollister LLP
             27777 Franklin Road
             Suite 2500
             Southfield, MI 48034
             248-351-3000
             jbolton@taftlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| CASSANDRA HOUSE,<br><br>                Plaintiff,<br><br>– against–<br><br>SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC,<br><br>                Defendants. | Case No.: 2:24-cv-12582-SKD-EAS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

On this day came to be considered the Stipulation of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services, LLC ("Equifax") filed by Plaintiff Cassandra House ("Plaintiff") in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court, having read and considered the Stipulation, hereby finds that it should in all things be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff's claims against Defendant Equifax are dismissed with prejudice, with each party to bear its own costs and fees.

SIGNED this 22nd day of November, 2024.

s/ Susan K. DeClercq
Honorable Susan K. DeClercq
United States District Judge

Presented by:

*/s/ Jennifer Paillon*
Jennifer Paillon, Esq.
*Counsel for Plaintiff Cassandra House*